IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JENNIFER BIELER,<br><br>                Defendant. | 8:25CR101<br><br>**ORDER** |

     This matter is before the court on the defendant's Amended Unopposed Motion to Continue Trial (Filing No. 23). Counsel needs additional time to review discovery and prepare for trial or to resolve plea negotiations. For good cause shown,

     **IT IS ORDERED** that the Amended Unopposed Motion to Continue Trial [23] is granted, as follows:

1. The jury trial, now set for July 15, 2025, is continued to **September 23, 2025**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 23, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

4. The Unopposed Motion to Continue Trial [22] is denied as moot.

**DATED: July 11, 2025.**

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  Senior United States District Judge