IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER BIELER,<br><br>Defendant. | 8:25CR101<br><br>**ORDER** |

    This matter is before the court on the Defendant's Unopposed Motion to Continue Trial (Filing No. 25). Counsel needs additional time to prepare for trial. After a telephone conference with counsel, the undersigned finds good cause for the requested continuance in order to allow the defendant sufficient time to further prepare for trial. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [25] is granted, as follows:

1. The jury trial, now set for September 23, 2025, is continued to **November 18, 2025**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 18, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 10th day of September, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge